IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-22-2444 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF TRANSFER**

1. This case has been TRANSFERRED to Judge LYNN N. HUGHES for the following reason:

   [ X ] Agreement between the judges.
   [   ] Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
   [   ] Recusal.
   [   ] Transfer for revocation hearing with related case:
   [ X ] Other: Related case H-22-2416

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

Nathan Ochsner, Clerk

By: _____
Lisa Eddins
Case Manager to Chief Judge Lee Rosenthal

Date:  July 27, 2022